# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2007

133929 (3)

In re:

The Honorable BEVERLEY NETTLES-NICKERSON,
Judge, 30th Circuit Court

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133929
JTC: Formal Complaint
No. 81

_____/

   On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and Honorable Leopold P. Borrello is appointed Master to hear Formal Complaint No. 81.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2007

t0613

Clerk